UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HUY KHANH DANG,<br><br>   Petitioner,<br><br>vs.<br><br>M. E. SPEARMAN, Warden,<br><br>   Respondent. | Case No:  C 12-6252 SBA (PR)<br><br>**JUDGMENT** |

   Pursuant to the Court's Order dismissing the petition as moot, judgment shall be entered in this case in favor of Respondent.  The Clerk of the Court shall close the file.

   IT IS SO ORDERED.

Dated:  January 13, 2015

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\HC.12\Dang6252.jud.docx